

EXHIBIT B

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| KIMBERLY and LUTHER THURMAN, | * |
| Plaintiffs, | * |
| v. | * CASE NO.:CV-06-404-J |
| TIMBERLINE HOMES, INC., and FLEETWOOD SPRINGHILL HOMES OF GEORGIA, et al. | * |
| Defendants. | * |

## NOTICE TO STATE COURT OF REMOVAL OF ACTION TO FEDERAL COURT

To:  Ms. Judy Byrd
     Circuit Clerk, Houston Co. Circuit Court
     P.O. Drawer 6406
     Dothan, AL 36302-6406

Please take notice that the defendant, Fleetwood Homes of Georgia, Inc., has this date filed a Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Middle District of Alabama, Southern Division.

DATED this the 9 day of Aug, 2006

_____
WINSTON W. EDWARDS (137576)
DAVID C. HILYER (293828)
Attorneys for Defendant
Fleetwood Homes of Georgia, Inc.

OF COUNSEL:

CRADDOCK RENEKER & DAVIS, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802
(334) 215-3064        Telephone
(334) 215-7843        Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as <u>listed below</u> by placing same in the United States Mail, properly addressed and first class postage prepaid on this the ___9___ day of ___Aug_____, 2006.

_____
OF COUNSEL

David W. Rousseau, Esq.
211 W. Adams Street
Dothan, AL 36303

Warren Butler, Esq.
LYONS, PIPES & COOK, P.C.
P. O. Box 2727
Mobile, AL  36652-2727