# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Thurman et al v. Timberline Homes, Inc. et al**

**Case Number:    1:06-cv-00709-DRB**

**Referenced Pleading:  NOTICE   - Doc. 3**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**



EXHIBIT

C

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

KIMBERLY and LUTHER THURMAN,       *
                                   *
    Plaintiffs,                   *
                                   *
    v.                            *       CASE NO.:CV _06 CV 709_
                                   *
TIMBERLINE HOMES, INC., and        *
FLEETWOOD SPRINGHILL HOMES         *
OF GEORGIA, et al.                 *
                                   *
    Defendants.                   *

## CONSENT TO REMOVAL

    COMES NOW the defendant, Timberline Homes, Inc., by and through its undersigned counsel, and without waiving its right or intent to compel binding arbitration, hereby consents to the removal of this action from the Circuit Court of Houston County, Alabama which said removal was effected by defendant Fleetwood Homes of Georgia, Inc. A copy of the Complaint and Summons is attached to Fleetwood Homes of Georgia, Inc.'s Notice of Removal and consists of all pleadings received to date by Timberline Homes, Inc.

 

                                    _____

                                      M. Warren Butler (DON024)
                                      Attorney for Defendant
                                      Timberline Homes, Inc.

OF COUNSEL:

LYONS, PIPES & COOK
P. O. Box 2727
Mobile, AL  36652-2727
251-432-4481  Telephone
251-4331820  Facsimile

### CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as <u>listed below</u> by placing same in the United States Mail, properly addressed and first class postage prepaid on this the _7th_ day of _____AUGUST_____, 2006.

_____
OF COUNSEL

David W. Rousseau, Esq.
211 W. Adams Street
Dothan, AL 36303

Winston W. Edwards, Esq.
David C. Hilyer , Esq.
Craddock, Reneker & Davis, LLP
4142-C Carmichael Road
Montgomery, AL 36106