
EXHIBIT
C

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY and LUTHER THURMAN, | * |
| Plaintiffs, | * |
| v. | * CASE NO.:CV_____ |
| TIMBERLINE HOMES, INC., and FLEETWOOD SPRINGHILL HOMES OF GEORGIA, et al. | * |
| Defendants. | * |

## CONSENT TO REMOVAL

COMES NOW the defendant, Timberline Homes, Inc., by and through its undersigned counsel, and without waiving its right or intent to compel binding arbitration, hereby consents to the removal of this action from the Circuit Court of Houston County, Alabama which said removal was effected by defendant Fleetwood Homes of Georgia, Inc. A copy of the Complaint and Summons is attached to Fleetwood Homes of Georgia, Inc.'s Notice of Removal and consists of all pleadings received to date by Timberline Homes, Inc.

_____
M. Warren Butler (DON024)
Attorney for Defendant
Timberline Homes, Inc.

OF COUNSEL:

LYONS, PIPES & COOK
P. O. Box 2727
Mobile, AL  36652-2727
251-432-4481 Telephone
251-4331820  Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as <u>listed below</u> by placing same in the United States Mail, properly addressed and first class postage prepaid on this the 7TH day of August, 2006.

                                                 */s/*
                                         OF COUNSEL

David W. Rousseau, Esq.
211 W. Adams Street
Dothan, AL 36303

Winston W. Edwards, Esq.
David C. Hilyer, Esq.
Craddock, Reneker & Davis, LLP
4142-C Carmichael Road
Montgomery, AL 36106