IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 AUG -9 P 3:00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

KIMBERLY and LUTHER THURMAN, *
\*
Plaintiffs, *
\*
v. *  CASE NO.:CV 1:06 CV 709
\*
TIMBERLINE HOMES, INC., and *
FLEETWOOD SPRINGHILL HOMES *
OF GEORGIA, et al. *
\*
Defendants. *

## CORPORATE DISCLOSURE STATEMENT

Pursuant to this Honorable Court's Order of January 14, 2000 to enable Judges and Magistrate Judges to avoid conflicts of interest, the undersigned counsel for defendant, Fleetwood Homes of Georgia, Inc., in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said parties that have issued shares to the public.

Fleetwood Enterprises, Inc.

DATED this the 9 day of August, 2006.

_____
WINSTON W. EDWARDS (137576)
DAVID C. HILYER (293823)
Attorneys for Defendant
Fleetwood Homes of Georgia, Inc.

OF COUNSEL:

CRADDOCK RENEKER & DAVIS, LLP
4142 Carmichael Road, Suite C
Montgomery, AL 36106-2802
(334) 215-3064    Telephone
(334) 215-7843    Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing upon all counsel of record as <u>listed below</u> by placing same in the United States Mail, properly addressed and first class postage prepaid on this the ____ day of _____, 2006.

/s/ OF COUNSEL

David W. Rousseau, Esq.
211 W. Adams Street
Dothan, AL 36303

Warren Butler, Esq.
LYONS, PIPES & COOK, P.C.
P. O. Box 2727
Mobile, AL 36652-2727