IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY and LUTHER THURMAN, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 1:06-CV-00709-DRB ) |
| TIMBERLINE HOMES, INC., FLEETWOOD SPRINGHILL HOMES OF GEORGIA, | ) ) ) ) |
| Defendants. | ) |

### **O R D E R**

For good cause, it is

**ORDERED** that Plaintiffs show any cause on or before September 15, 2006, why *Defendant's Motion to Dismiss, or in the Alternative, Motion to Compel Binding Arbitration and Motion to Stay*, filed with *exhibits* (Doc. 1, August 10, 2006), by Defendant Fleetwood Springhill Homes of Georgia should not be granted.

Done this 15th day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE