## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 5, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Thurman et al v. Timberline Homes, Inc. et al
Civil Action No.   1:06-cv-00709-DRB

The above-styled case has been  reassigned to  Judge Myron H. Thompson.

Please note that the case number is now 1:06-cv-00709-(MHT).   This new case number should be used on all future correspondence and pleadings in this action.