IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY and LUTHER THURMAN, | |
| Plaintiffs, | |
| v. | CASE NO.: 1:06 CV-709-DRB |
| TIMBERLINE HOMES, INC., and FLEETWOOD SPRINGHILL HOMES OF GEORGIA, INC., et al. | |
| Defendants. | |

### JOINT STIPULATION OF DISMISSAL

COME NOW the plaintiffs and the defendants and announce that the parties have agreed upon a compromise settlement agreement and stipulate that the above action shall be dismissed, **with prejudice,** to all claims actually made, or which could have been made by said Plaintiffs against Defendants arising out of the facts and circumstances referred to in the pleadings herein, each party to bear their own costs.

DATED this the 26th day of October, 2006.

/s/ David Rousseau
DAVID ROUSSEAU
Attorney for Plaintiffs

/s/ David C. Hilyer
WINSTON W. EDWARDS (137576)
DAVID C. HILYER (293823)
Attorneys for Defendant Fleetwood Homes of Georgia, Inc.

/s/ Warren Butler
WARREN BUTLER
Attorney for Defendant Timberline Homes, Inc.